Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-5121BHS |
| Plaintiff, | |
| v. | **ORDER** |
| ALBERTO AVILA-CARDENAS, a.k.a. JAVIER SALGADO, JR.,, | |
| Defendant. | |

After consideration of the Stipulated Motion For Extension Of Time For Filing Of Response To Defendant's Motion to Suppress, the government's request for additional time in order to file its response, is hereby GRANTED.

The government's response to the Defendant's Motion to Suppress is now due on May 13, 2011.

DATED this 3rd day of May 2011.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Proposed by:

_____
JESSE WILLIAMS
Special Assistant United States Attorney